**Opinion issued September 29, 2015**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-15-00002-CV

———————————

**CLELIA DE LA CRUZ, Appellant**

**V.**

**JOSE LUIS DURAN, Appellee**

**On Appeal from the 245th District Court**
**Harris County, Texas**
**Trial Court Case No. 2014-09053**

## MEMORANDUM OPINION

Appellant, Clelia De La Cruz, filed a notice of nonsuit on February 17, 2015, stating she no longer desired to prosecute this "suit" against appellee, Jose Luis Duran. This Court issued a Notice of Intent to Dismiss on April 21, 2015, noting that appellant's Notice of Nonsuit was not a motion to dismiss in compliance with Texas Rule of Appellate Procedure 42.1, but that it led the Court to believe this appeal was moot. Thus,

we stated the appeal might be dismissed unless any party responded to the notice within 10 days of the date of the notice.  No response was filed.

No opinion has issued.

Accordingly, we dismiss the appeal.  *See* TEX. R. APP. P. 42.1(a), 43.2(f).  We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Bland and Huddle.